FILED
08 MAY 14 PM 3:06
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ECL  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08-CR-1551 JAH |
| Plaintiff, ) | I N D I C T M E N T |
| ) | |
| v. ) | Title 8, U.S.C., |
| ) | Sec. 1324(a)(2)(B)(ii) - |
| ROSALIO ALATORRE JR. (1), ) | Bringing in Illegal Aliens for |
| OSCAR IGNACIO ) | Financial Gain; Title 18, U.S.C., |
| BARRERA-SANTANA (2), ) | Sec. 2 - Aiding and Abetting; |
| ) | Title 8, U.S.C., |
| Defendants. ) | Secs. 1324(a)(1)(A)(ii) and |
| ) | (v)(II) - Transportation of |
| ) | Illegal Aliens and Aiding and |
| ) | Abetting |

The grand jury charges:

Count 1

On or about May 1, 2008, within the Southern District of California, defendants ROSALIO ALATORRE JR. and OSCAR IGNACIO BARRERA-SANTANA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Javier Barboza-Bustos, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

JPME:fer:San Diego
5/9/08

## Count 2

On or about May 1, 2008, within the Southern District of California, defendants ROSALIO ALATORRE JR. and OSCAR IGNACIO BARRERA-SANTANA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Javier Barboza-Bustos, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

## Count 3

On or about May 1, 2008, within the Southern District of California, defendants ROSALIO ALATORRE JR. and OSCAR IGNACIO BARRERA-SANTANA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Angel Calva-Calva, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//

#### Count 4

On or about May 1, 2008, within the Southern District of California, defendants ROSALIO ALATORRE JR. and OSCAR IGNACIO BARRERA-SANTANA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Angel Calva-Calva, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

#### Count 5

On or about May 1, 2008, within the Southern District of California, defendants ROSALIO ALATORRE JR. and OSCAR IGNACIO BARRERA-SANTANA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Ermelindo Ollua-Nava, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//

## Count 6

On or about May 1, 2008, within the Southern District of California, defendants ROSALIO ALATORRE JR. and OSCAR IGNACIO BARRERA-SANTANA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Ermelindo Ollua-Nava, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: May 14, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JAMES P. MELENDRES
Assistant U.S. Attorney

4