UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 MAY 21 P 4:15

UNITED STATES OF AMERICA, )
        Plaintiff )
        ) CRIMINAL NO. 08CR1551 JAH
        )
vs. ) ORDER
Rosalio Alatorre, Jr. )
        ) RELEASING MATERIAL WITNESS
        )
        ) Booking No.
        Defendant(s) )

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Angel Calva - Calva

DATED: 5/21/08

LOUISA S. PORTER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
        DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by
        Deputy Clerk