## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff        )       CRIMINAL NO. 08 CR 1551-JAH
                             )
                             )       ORDER
      vs.                    )
                             )       RELEASING MATERIAL WITNESS
                             )
ROSALIO ALATORRE, JR. ET AL. )
                             )       Booking No.
          Defendant(s)       )
_____)

On order of the United States District/Magistrate Judge.    CATHY ANN BENCIVENGO

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody: (Bond Posted / Case Disposed / Order of Court).

CARLOS AMBROSIO OSOY-CHON
    AKA
ERMELINDO OLLUA-NAVA

DATED: 5/28/08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                        OR
             DUSM

                                      W. SAMUEL HAMRICK, JR.  Clerk

                                        by _____
                                              B LLOYD
                                            Deputy Clerk

★ U.S. GPO: 2003-581-774/70082