**JOHN C. LEMON**
California Bar No. 175847
**LAW OFFICES OF JOHN C. LEMON, APC**
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0423

Attorney for **Mr. Barrera-Santana**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 08cr1551-JAH |
| Plaintiff, ) | Date: June 23, 2008 |
| ) | Time: 8:30 a.m. |
| v. ) | |
| **OSCAR IGNACIO** ) | |
| **BARRERA-SANTANA (2),** ) | |
| Defendant. ) | **NOTICE OF MOTION AND** |
| ) | **MOTION TO PRODUCE DISCOVERY** |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
       LUELLA CALDITO, ASSISTANT UNITED STATES ATTORNEY.

**PLEASE TAKE NOTICE** that on June 23, 2008 at 8:30 a.m., or as soon thereafter as counsel may be heard, the defendant, Oscar Ignacio Barrera-Santana, by and through his attorney, John C. Lemon, will ask this Court to enter an order granting the motion listed below.

//
//
//
//
//
//

**MOTION**

Oscar Ignacio Barrera-Santana, the accused in this case, by and through his attorney, John C. Lemon, pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this court to grant the following motion:

**1)** **Compel the production of discovery.**

This motion is based upon the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on this motion.

Respectfully submitted,

Dated: June 6, 2008            **/s/ John C. Lemon**
                               **JOHN C. LEMON**
                               Attorney for Mr. Barrera-Santana