1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

      Counsel for Defendant certifies that he has electronically filed the attached documents. Additionally, a courtesy copy of the documents will be delivered to:

      Chambers

      Mr. Barrera-Santana

Dated: June 6, 2008                          /s/ John C. Lemon
                                                  Law Offices of John C. Lemon, APC
                                                  1350 Columbia Street, Suite 600
                                                  San Diego, CA 92101
                                                  jlemon@san.rr.com